

Court Of Appeals

Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★ ★ ★ ★

**MEMORANDUM OPINION**

No. 04-10-00527-CV

**IN RE** William B. **OZER**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice
             Marialyn Barnard, Justice

Delivered and Filed: July 28, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On July 19, 2010, relator William B. Ozer filed a petition for writ of mandamus. However, in order to be entitled to mandamus relief, relator must show the trial court clearly abused its discretion and relator has no adequate remedy at law. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135 (Tex. 2004); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992). The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought because relator has failed to address whether he has an adequate remedy by appeal. Accordingly,

---

[1] This proceeding arises out of Cause No. 2009-CI-18567, styled *William B. Ozer v. Todd Gold, et al.*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Janet Littlejohn presiding.

relator's petition for writ of mandamus is DENIED WITHOUT PREJUDICE.  TEX. R. APP. P.

52.8(a).

PER CURIAM